UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATHAN BENN,

                Plaintiff,

    -against-                                        03 Civ. 3122 (LAK)

THE NATIONAL GEOGRAPHIC SOCIETY,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       On November 9, 2006, the Court directed plaintiff to show cause why this action should not be dismissed on the same basis as Nos. 97 Civ. 9361, 99 Civ. 12385, 99 Civ. 12488, 02 Civ. 6441 and 02 Civ. 6623. Plaintiff responded by asking that the case be placed on the suspense docket pending the outcome of the appeal in those cases, but agreed that this case should be dismissed if the dismissal of the contract claims in those cases was affirmed. That eventuality having come to pass, this action is dismissed.

       SO ORDERED.

Dated:     July 9, 2008

                                                      Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08